IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-114-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ALONZO F. BROOKS, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

This matter is before the Court on a *pro se* letter from Defendant which was filed on July 17, 2023. Doc. 5.

The letter, which the Court will construe as a motion, states that Defendant is currently housed at "Southwest Virginia Regional jail Abingdon on felony charges" and that he is "in need of a federal public defender for [his] federal probation violation." Id.

A review of the docket indicates that jurisdiction over Defendant's case was transferred to this district in December of 2021. Doc. 1.

On March 27, 2023, a petition was filed alleging that Defendant had violated the terms and conditions of his supervised release. Doc. 4. An arrest warrant was also issued for Defendant at that time.

However, it does not appear that the warrant has been served or that Defendant is otherwise in federal custody.

1

Therefore, to the extent Defendant requests that counsel be appointed for him in relation to the petition, his request will be **DENIED WITHOUT PREJUDICE AS PREMATURE**. Defendant may renew his request for the appointment of counsel at an appropriate time, such as when he makes an initial appearance on the petition.[1]

It is so ordered.

Signed: July 21, 2023

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The letter also contains the following sentence: "I was wondering if it's possible for me to be sentenced at Abingdon's federal courthouse on my violation?" To the extent this sentence may be construed as a request for Defendant's case to be transferred from this district to another district, it is likewise premature.